UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MERLIN FRANCHISOR SPV, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 1:19-cv-05980 |
| BTW Auto, Inc., *et al.*, | ) |
| Defendants. | ) |

**JOINT STATUS REPORT**

Plaintiff Merlin Franchisor SPV, LLC ("Merlin") and Defendants BTW Auto, Inc. and Thomas A. Walaszek ("BTW") hereby submit this Joint Status Report pursuant to the Court's Minute Entry dated June 3, 2020 (Doc. 47).

**I.   Discovery**

Merlin has served written discovery requests and BTW responded. Merlin intends to engage BTW in certain discussions regarding the completeness of BTW's responses.

Merlin had also served third-party subpoenas in February and March of 2020, and received some documents in response. Those documents were provided to BTW.

Merlin plans to issue notices of deposition or subpoenas as appropriate to depose three to six witnesses, including BTW, Walaszek and third parties on mutually available dates.

**II.   Settlement Discussions**

BTW made a settlement offer in writing on May 28, 2020. No settlement discussions have occurred since that time. Merlin is currently in the process of obtaining more information through discovery, which may inform future settlement negotiations.

Dated: August 27, 2020          Respectfully submitted jointly,

| MERLIN FRANCHISOR SPV, LLC | BTW AUTO, INC. and THOMAS A. WALASZEK |
|---|---|
| By: */s/ Maisa Jean Frank*<br>One of Its Attorneys | By: /s/ with consent *Elizabeth R. Bacon Ehlers*<br>    One of its Attorneys |
| Stephen J. Vaughan (admitted *pro hac vice*)<br>Maisa Jean Frank (admitted *pro hac vice*)<br>LATHROP GPM LLP<br>The Watergate<br>600 New Hampshire Avenue, N.W. – Suite 700<br>Washington, D.C. 20037<br>Telephone: (202) 295-2200<br>Facsimile: (202) 295-2250<br>stephen.vaughan@lathropgpm.com<br>maisa.frank@lathropgpm.com | Elizabeth R. Bacon Ehlers (#6201117)<br>Brooks, Tarulis & Tibble, LLC<br>1733 Park Street<br>Suite 100<br>Naperville, IL 60562<br>(630) 355-2101<br>ebacon@NapervilleLaw.com |

Athanasios Papadopoulos (#6278188)
Bryan E. Minier (#6275534)
LATHROP GPM LLP
155 N. Wacker Drive, #3000
Chicago, IL 60606
Telephone: 312.920.3355
Facsimile: 312.920.3301
tpapadopoulos@lathropgpm.com
bminier@lathropgpm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 27, 2020, I electronically filed the foregoing document with the Clerk of Court using the ECF system, which will send notification of such filing to all counsel of record.

                                                        _/s/ Maisa Jean Frank_